1  Chad C. Butterfield., Esq.
   Nevada Bar No. 10532
2  **The Cooper Castle Law Firm, LLP**
3  5275 South Durango Drive
   Las Vegas, NV 89113
4  702-435-4175 Telephone
   702-877-7424 Facsimile
5  Email: cbutterfield@ccfirm.com
6
   Attorneys for Defendant
7  *Bank of America National Association,*
   *as successor by merger to LaSalle Bank*
8  *National Association, as Trustee for the*
9  *C-BASS Trust 2006-CB9 CBASS*
   *Mortgage Loan Asset-Backed Certificates,*
10 *Series 2006-CB9*

11              UNITED STATES DISTRICT COURT
12                   DISTRICT OF NEVADA
13

14 DINORA MARTINEZ           )
                             )
15           Plaintiff,      )   Case No.: **3:10-cv-00287-RCJ-RAM**
                             )
16     vs.                   )   SUBSTITUTION OF ATTORNEY
                             )
17 BANK OF AMERICA NATIONAL  )
   ASSOCIATION, as Trustee for the C-BASS )
18 Trust 2006-CB9 C-BASS Mortgage Loan )
   Asset-Backed Certificates, Series 2006-CB9 )
19 C/O Litton Loan Servicing, LP; and
20 LITTON LOAN SERVICING, LP, a
   Delaware Limited Partnership; and
21 QUALITY LOAN SERVICE
22 CORPORATION, a California Corporation,
   DOES 1 through 10, inclusive, et al.
23
              Defendants.
24
   _____
25

26     Comes now, BANK OF AMERICA NATIONAL ASSOCIATION, as successor by
27 merger to LaSalle Bank National Association, as Trustee for the C-BASS Trust 2006-CB9
28 CBASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB9, (erroneously sued as

- 1 -

BANK OF AMERICA NATIONAL ASSOCIATION, as Trustee for the C-BASS Trust 2006-CB9 C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB9) (hereinafter "Bank of America"), and hereby seeks leave of Court pursuant to LR IA 10-6(c) to substitute Melanie D. Morgan, Esq. of KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD., 8985 South Eastern Avenue, Suite 200, Las Vegas, Nevada 89123, Telephone (702) 362-6666, as attorney of record in place and stead of Chad C. Butterfield, Esq. of The Cooper Castle Law Firm, LLP.

Dated this 17 day of September, 2010.

THE COOPER CASTLE LAW FIRM, LLP

_____
Chad C. Butterfield., Esq.
Nevada Bar No. 10532
5275 South Durango Drive
Las Vegas, NV 89113
702-435-4175 Telephone
702-877-7424 Facsimile

I HEREBY CONSENT to the substitution of Melanie D. Morgan, Esq., of Kravitz, Schnitzer, Sloane & Johnson, Chtd., as counsel for Bank of America, in the above entitled action.

Dated this 20th day of September, 2010.

_____
Bank of America National Association,
as successor by merger to LaSalle Bank
National Association, as Trustee for the
C-BASS Trust 2006-CB9 CBASS
Mortgage Loan Asset-Backed Certificates,
Series 2006-CB9

///
///

- 2 -

I HEREBY CONSENT to the above substitution.

Dated this 17 day of September, 2010.

          THE COOPER CASTLE LAW FIRM, LLP

          _____
          Chad C. Butterfield, Esq.
          Nevada Bar No. 10532
          5275 South Durango Drive
          Las Vegas, NV 89113

I am duly admitted to practice in this District and I HEREBY AGREE to the above substitution.

Dated this 20th day of September, 2010.

          KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.

          _____
          Melanie D. Morgan, Esq.
          Nevada Bar No. 8215
          8985 South Eastern Avenue, Suite 200
          Las Vegas, Nevada 89123

**APPROVED** on this 21st day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -