AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

DINORA MARTINEZ,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER:  **3:10-CV-00287-RCJ-RAM**

BANK OF AMERICA NATIONAL
ASSOCIATION., et al.,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that  defendant Litton's Motion to Dismiss [3] is GRANTED IN PART AND DENIED IN PART.  FURTHER ORDERED that defendant Quality's Motion to Dismiss [8] and defendant Bank of America's Joinder [15] are GRANTED.

| | |
|---|---|
| October 22, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |